IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| AMELIA VICTORIA KELLY | § § § | CASE NO. 12-80534-G3-13 |
| | § | JUDGE LETITIA Z. PAUL |
| Emergency Motion for Relief from | § | Courtroom Deputy_____ |
| the Automatic Stay (Regarding Debtor's | § | Courtroom Reporter_____ |
| Alleged Homestead, an Operating Bed | § | |
| & Breakfast known as "The Captain's | § | Estimated court time: 3 hours |
| Quarters in Kemah, Texas") located at | § | |
| 701 Bay Avenue, Kemah Texas 77565 | § | COURT HEARING |
| filed by Secured Judgment Creditor | § | NOVEMBER 19, 2012 |
| Matthew Wiggins, Jr. [Docket #13] | § | 12:30 P.M. |

## EXHIBIT LIST AND WITNESS LIST FOR MATTHEW WIGGINS MOTION FOR RELIEF FROM STAY HEARING

MATTHEW D. WIGGINS ("Creditor" or "Wiggins") adopts all other exhibits and exhibit lists submitted by all other parties as its own by reference, reserving his right to object to any of those exhibits.

Also, Mr. Wiggins designates the following exhibits and witnesses:

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/ AD DATE |
|---|---|---|---|---|---|
| 1. | Final Judgment dated 6/22/2012 | | | | |
| 2. | Promissory Note in favor of Texas Citizens Bank | | | | |
| 3. | Debtor's Schedule B | | | | |
| 4. | Debtor's Schedule I | | | | |
| 5. | Debtor's Schedule J | | | | |
| 6. | Debtor's Statement of Financial Affairs | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/ AD DATE |
|---|---|---|---|---|---|
| 7. | Debtor's Means Test | | | | |
| 8. | Debtor's Chapter 13 Plan | | | | |
| 9. | Notice of Foreclosure for January 5, 2010 foreclosure sale | | | | |
| 10. | Adjustable Rate Note dated August 25, 2006 for the benefit of First Franklin. | | | | |
| 11. | Debtor's Bankruptcy Schedule A, B, C, Statement of Intent and Statement of Financial Affairs filed in Bankruptcy case no. 09-80207. | | | | |
| 12. | Webpage of Captain's Quarters | | | | |
| 13. | Nothing Further Certificate | | | | |
| 14. | Special Warranty Deed - 2009034268 | | | | |
| 15. | Deed of Trust -- 2009034287 | | | | |
| 16. | Notice of Designation/Appointment of Substitute Trustee -- 2009068064 | | | | |
| 17. | Substitute Trustee's Deed – 2010032370 | | | | |
| 18. | Deed of Trust – 2011009905 | | | | |
| 19. | Absolute Assignment of Rents -- 2011009906 | | | | |
| 20. | Non-Homestead Affidavit – 2011009907 | | | | |
| 21. | Notice of Lis Pendens – 2011012029 | | | | |
| 22. | Final Judgment – 2012040457 | | | | |
| 23. | Appointment of Substitute Trustee -- 2012056748 | | | | |
| 24. | Lien Affidavit – 2010052626 | | | | |
| 25. | Lien Affidavit – 2009038786 | | | | |
| 26. | Release of Lien – 2011019266 | | | | |

## WITNESS LIST

1. Amelia Victoria Kelly;
2. Larry Vick;
3. Matthew Wiggins;
4. Any witness listed by any other party;
5. Any witness used for rebuttal

Matthew Wiggins expects that three (3) hours of the Court's time will be required.

Respectfully submitted,

HOOVER SLOVACEK LLP

By: /s/ T. Josh Judd
    ANNIE C. CATMULL
    State Bar No. 00794932
    T. JOSH JUDD
    State Bar No. 24036866
    Mazelle S. Krasoff
    State Bar No. 24078802
    5847 San Felipe, Suite 2200
    Houston, Texas 77057
    Telephone: 713.977.8686
    Facsimile: 713.977.5395

    ATTORNEYS FOR MATTHEW D. WIGGINS

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2012, a true and correct copy of the Exhibit and Witness List was served on the following parties as indicated below:

***Via Electronic Transmission by the Clerk of the Court:***
William E. Heitkamp
heitkamp@ch13hou.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

VIA Electronic Transmission by the Clerk of the Court
Larry A. Vick on behalf of Debtor Amelia Kelly
lv@larryvick.com

By: /s/ T. Josh Judd
T. JOSH JUDD